# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: RELIANCE STANDARD LIFE INSURANCE CO.,** *et al.* | **CIVIL ACTION NOS. 19-331, 19-332, 19-333, 19-334, 19-335, 19-336, 19-338, 19-339, 19-340, 19-341, 19-342, 19-343** |

## ORDER

**AND NOW**, this 24th day of June 2019, upon consideration of the pending motions and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiffs' Consolidated Motion to Remand is **GRANTED**. The cases are **REMANDED** to the Court of Common Pleas of Philadelphia County where they were filed at December Term 2018.

2. Defendants' Motion to Dismiss is **DISMISSED AS MOOT**.

3. Any other pending Motions are **DISMISSED AS MOOT**.

4. The Clerk is directed to **CLOSE** all of the above-captioned cases.

It is so **ORDERED**.

**BY THE COURT:**
**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**